| | |
|---|---|
| 1 | CHRISTOPHER W. WOOD, ESQ. / SBN: 193955 |
| | STANLEY P. FLESHMAN, ESQ. / SBN: 61133 |
| 2 | **DREYER BABICH BUCCOLA CALLAHAM & WOOD, LLP** |
| | 20 Bicentennial Circle |
| 3 | Sacramento, CA 95826 |
| | Telephone: (916) 379-3500 |
| 4 | Facsimile: (916) 379-3599 |
| | cwood@dbbc.com |
| 5 | sfleshman@dbbc.com |
| 6 | Attorneys for Plaintiff |

UNITED STATES DISTRICT COURT

NORTHERN DISTRIT OF CALIFORNIA

| BARBARA A. WOOD, | Case No.: 3:10-CV-00351 JL |
|---|---|
| Plaintiff, | **ORDER CONTINUING INITIAL CASE MANAGEMENT CONFERENCE** |
| v. | |
| THE GREEN LINE ENTERPRISES, INC., JAMES W. HOLLAND and DOES 1 through 10, inclusive, | |
| Defendants. | |

The parties having stipulated, it is hereby ORDERED that the Initial Case Management Conference shall be continued to June 23, 2010 at 10:30 a.m. in courtroom 15.

IT IS SO ORDERED.

DATED: April 29, 2010

_____
~~UNITED STATES DISTRICT JUDGE~~
United States Magistrate Judge

-2-
Stipulation to Continue Initial Case Management Conference; Order