1  Thomas S. Brazier, Esq./SBN 55484
   LaMORE, BRAZIER, RIDDLE & GIAMPAOLI
2  1570 THE ALAMEDA, SUITE 150
   SAN JOSE, CALIFORNIA 95126-2305
3  Telephone: 408-280-6800
   Facsimile:  408-275-6284
4  Tom_brazier@lbrg.com

5  Attorneys for Defendants
   GREEN LINE ENTERPRISES, INC. and
6  JAMES HOLLAND

7

8                    UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10

11 | BARBARA A. WOOD,                                  | Case No.: 3:10-cv-00351JL |
12 |         Plaintiff,                                | STIPULATION EXTENDING DEADLINE FOR CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER |
13 | vs.                                               |
14 | THE GREEN LINE ENTERPRISES, INC., JAMES W. HOLLAND, and DOES 1 through 10, inclusive, |
15 |         Defendants.                               |

18     It is stipulated and agreed between the parties, by and through undersigned counsel, as follows:

19     Barbara Wood has not decided whether to pursue surgery on her neck. She has, therefore, not

20 yet finished treating for her injuries. For this reason, the parties ask the court to continue the Case

21 Management Conference currently set for May 4 to August 10.

22     IT IS SO STIPULATED.

23 Dated: April 27, 2011                    DREYER BABICH BUCCOLA CALLAHAM &
                                            WOOD, LLP
24

25                                          By:  /s/
26                                               Christopher A. Wood
                                                 Attorneys for Plaintiff
27                                               BARBARA A. WOOD

28
                                            1

1 | Dated: April 27, 2011                               LaMORE, BRAZIER, RIDDLE & GIAMPAOLI

By:  /s/
     Thomas S. Brazier
     Eric Steinle
     Attorneys for Defendants
     GREEN LINE ENTERPRISES, INC. and
     JAMES W. HOLLAND

[PROPOSED] ORDER CONTINUING DEADLINE
CONTINUING CASE MANAGEMENT CONFERENCE

There is good cause for continuing the case management conference. The case management conference is therefore continued to August 10, 2011 at 10:30 a.m.

IT IS SO ORDERED.

Date:  5-2 , 2011

UNITED STATES MAGISTRATE JUDGE

2

Case No. 3:10-cv-00351 JL – STIPULATION EXTENDING DEADLINE FOR
CASE MANAGEMENT CONFERENCE; PROP. ORDER