Thomas S. Brazier, Esq./SBN 55484
LaMORE, BRAZIER, RIDDLE & GIAMPAOLI
1570 THE ALAMEDA, SUITE 150
SAN JOSE, CALIFORNIA 95126-2305
Telephone: 408-280-6800
Facsimile:  408-275-6284
Tom_brazier@lbrg.com

Attorneys for Defendants
GREEN LINE ENTERPRISES, INC. and
JAMES HOLLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| BARBARA A. WOOD, | Case No.: 3:10-cv-00351JL |
|---|---|
| Plaintiff, | STIPULATION EXTENDING DEADLINE FOR ADR; [PROPOSED] ORDER |
| vs. | |
| THE GREEN LINE ENTERPRISES, INC., JAMES W. HOLLAND, and DOES 1 through 10, inclusive, | |
| Defendants. | |

The parties, by and through undersigned counsel, agree and stipulate that ADR may be continued to January 2012.

It is so stipulated.

Dated: May 3, 2011        DEYER BABICH BUCCOLA CALLAHAM & WOOD, LLP

By: /s/
CHRISTOPHER A. WOOD
Attorneys for Plaintiff
BARBARA A. WOOD

Dated: May 3, 2011        LaMORE, BRAZIER, RIDDLE & GIAMPAOLI

By: /s/
THOMAS S. BRAZIER
Attorneys for Defendants
GREEN LINE ENTERPRISES, INC. and
JAMES W. HOLLAND

1

1  [PROPOSED] ORDER CONTINUING DEADLINE FOR ADR

2  The parties' stipulation having come before this court, and good cause appearing, it is hereby
3  ordered that the deadline for ADR in this case shall be extended to January 2012.
4  IT IS SO ORDERED.

6  Date: __5-10__, 2011      _____
                              UNITED STATES MAGISTRATE JUDGE