Thomas S. Brazier, Esq./SBN 55484
Eric Steinle, Esq./SBN 201117
LaMORE, BRAZIER, RIDDLE & GIAMPAOLI
1570 THE ALAMEDA, SUITE 150
SAN JOSE, CALIFORNIA 95126-2305
Telephone: 408-280-6800
Facsimile: 408-275-6284
Email: Tom_brazier@lbrg.com
       esteinle@lbrg.com

Attorneys for Defendants
GREEN LINE ENTERPRISES, INC. and
JAMES HOLLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARBARA A. WOOD,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>THE GREEN LINE ENTERPRISES, INC., JAMES W. HOLLAND, and DOES 1 through 10, inclusive,<br><br>　　　　　Defendants. | Case No.: 3:10-cv-00351JSC<br><br>**DEFENDANTS THE GREEN LINE ENTERPRISES, INC. AND JAMES HOLLAND'S REQUEST FOR TELEPHONIC APPEARANCE** |

　　　　I request the Court's permission to appear by telephone at the Case Management Conference set for August 25, 2011. My office is located in San Jose, California. It will require at least two hours for travel to and from San Francisco.

Dated: August 8, 2011　　　　　　　　　　LaMORE, BRAZIER, RIDDLE & GIAMPAOLI

　　　　　　　　　　　　　　　　　　　　By: /s/_____
　　　　　　　　　　　　　　　　　　　　　　Eric Steinle
　　　　　　　　　　　　　　　　　　　　　　Attorneys for Defendants
　　　　　　　　　　　　　　　　　　　　　　GREEN LINE ENTERPRISES, INC. and
　　　　　　　　　　　　　　　　　　　　　　JAMES W. HOLLAND

Counsel shall contact Court Call at 1-888-882-6878 to make arrangements to appear telephonically.

Dated: August 8, 2011

*[GRANTED stamp – Judge Jacqueline Scott Corley, United States District Court, Northern District of California]*

1