1  CHRISTOPHER W. WOOD, ESQ. / SBN: 193955
   **DREYER BABICH BUCCOLA WOOD, LLP**
2  20 Bicentennial Circle
   Sacramento, CA 95826
3  Telephone: (916) 379-3500
   Facsimile: (916) 379-3599
4

5  Attorneys for Plaintiff

6

7

8                UNITED STATES DISTRICT COURT

9                NORTHER DISTRIT OF CALIFORNIA

10

11 BARBARA A. WOOD,                          Case No.: 3:10-CV-00351JSC

12        Plaintiff,                         **PLAINTIFF'S REQUEST FOR TELEPHONIC APPEARANCE**

13        v.

14 THE GREEN LINE ENTERPRISES, INC.,
   JAMES W. HOLLAND and DOES 1 through
15 10, inclusive,

16        Defendants.

17 _____

18     Plaintiff hereby requests permission to appear by telephone at the Case

19 Management Conference set for August 25, 2011 at 1:30 p.m.  Counsel for Plaintiff is

20 located in Sacramento, California and it would require approximately four hours to travel to

21 and from San Francisco, California for this appearance.

22 DATED: August 15, 2011         **DREYER BABICH BUCCOLA WOOD, LLP**

23

24                                By:_____/s/_____
                                       CHRISTOPHER W. WOOD
25 Counsel shall contact Court Call at 1-888-882-6878 to make arrangements to appear
   by phone.
26

27 Dated: 8/15/2011

28

[Stamp: GRANTED, Judge Jacqueline Scott Corley, United States District Court, Northern District of California]

-1-
**Plaintiff's Request for Telephonic Appearance**