IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARBARA A. WOOD,<br><br>Plaintiff,<br><br>v.<br><br>THE GREEN LINE ENTERPRISES, INC., JAMES W. HOLLAND, and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No.: 10-cv-00351 JSC<br><br>**CONTINUING CASE MANAGEMENT ORDER** |

This case was set for a Case Management Conference today, December 15, 2011 at 10:30 a.m. Plaintiff did not attend the Case Management Conference. The Court continues the Case Management Conference until January 5, 2012 at 1:30 p.m. in Courtroom F, 15th Floor, San Francisco, California.

In accordance with the Court's Standing Order, the parties shall submit a Joint Case Management Conference Statement by December 29, 2011. The Statement shall include a proposed schedule and trial date.

**IT IS SO ORDERED.**

1
2  Dated: December 15, 2011
3                                                          _____
                                                            JACQUELINE SCOTT CORLEY
4                                                           UNITED STATES MAGISTRATE JUDGE
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28