United States District Court
Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARBARA A. WOOD, | Case No.: 10-cv-00351 JSC |
| Plaintiff, | **CONTINUING CASE MANAGEMENT ORDER** |
| v. | |
| THE GREEN LINE ENTERPRISES, INC., JAMES W. HOLLAND, and DOES 1 through 10, inclusive, | |
| Defendants. | |

This case was set for a Case Management Conference today, December 15, 2011 at 10:30 a.m. Plaintiff did not attend the Case Management Conference. The Court continues the Case Management Conference until January 5, 2012 at 1:30 p.m. in Courtroom F, 15th Floor, San Francisco, California.

In accordance with the Court's Standing Order, the parties shall submit a Joint Case Management Conference Statement by December 29, 2011. The Statement shall include a proposed schedule and trial date.

**IT IS SO ORDERED.**

1

2  Dated: December 15, 2011

3                                                      _____
JACQUELINE SCOTT CORLEY
UNITED STATES MAGISTRATE JUDGE