CHRISTOPHER W. WOOD, ESQ. / SBN: 193955
**DREYER BABICH BUCCOLA WOOD, LLP**
20 Bicentennial Circle
Sacramento, CA 95826
Telephone:  (916) 379-3500
Facsimile:  (916) 379-3599

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHER DISTRIT OF CALIFORNIA

| | |
|---|---|
| BARBARA A. WOOD,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>THE GREEN LINE ENTERPRISES, INC., JAMES W. HOLLAND and DOES 1 through 10, inclusive,<br><br>　　　　Defendants. | Case No.: 3:10-CV-00351JSC<br><br>**PLAINTIFF'S REQUEST FOR TELEPHONIC APPEARANCE** |

　　　Plaintiff hereby requests permission to appear by telephone at the Case Management Conference set for January 5, 2012 at 1:30 p.m.  Counsel for Plaintiff is located in Sacramento, California and it would require approximately four hours to travel to and from San Francisco, California for this appearance.

　　　Respectfully submitted.

DATED: January 3, 2012　　　　**DREYER BABICH BUCCOLA WOOD, LLP**


　　　　　　　　　　　　　　　By:_____/s/_____
　　　　　　　　　　　　　　　　　　CHRISTOPHER W. WOOD


　　　　　　　　　　　　　　　　　　　　　　Dated: 1/3/2012

GRANTED
Jacqueline S. Corley
Judge Jacqueline Scott Corley

-1-
**Plaintiff's Request for Telephonic Appearance**