CHRISTOPHER W. WOOD, ESQ. / SBN: 193955
**DREYER BABICH BUCCOLA WOOD CAMPORA, LLP**
20 Bicentennial Circle
Sacramento, CA 95826
Telephone:  (916) 379-3500
Facsimile:  (916) 379-3599
Email: cwood@dbbwlaw.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHER DISTRIT OF CALIFORNIA

| | |
|---|---|
| BARBARA A. WOOD,<br><br>        Plaintiff,<br><br>    v.<br><br>THE GREEN LINE ENTERPRISES, INC., JAMES W. HOLLAND and DOES 1 through 10, inclusive,<br><br>        Defendants. | Case No.: 3:10-CV-00351JSC<br><br>**PLAINTIFF'S REQUEST FOR TELEPHONIC APPEARANCE** |

Plaintiff hereby requests permission to appear by telephone at the Case Management Conference set for March 29, 2012 at 1:30 p.m.  Counsel for Plaintiff is located in Sacramento, California and it would require approximately four hours to travel to and from San Francisco, California for this appearance.

   Respectfully submitted.

DATED: March 22, 2012          **DREYER BABICH BUCCOLA WOOD CAMPORA, LLP**


                     By:_____/s/_____
                              CHRISTOPHER W. WOOD

Counsel shall contact Court Call at 1-888-882-6878 to make arrangements to appear by telephone.

Dated: 3/23/12

GRANTED
Jacqueline S. Corley
Judge Jacqueline Scott Corley

-1-

**Plaintiff's Request for Telephonic Appearance**