1  CHRISTOPHER W. WOOD, ESQ. / SBN: 193955
   **DREYER BABICH BUCCOLA WOOD CAMPORA, LLP**
2  20 Bicentennial Circle
   Sacramento, CA 95826
3  Telephone:  (916) 379-3500
   Facsimile:  (916) 379-3599
4  Email: cwood@dbbwlaw.com

5  Attorneys for Plaintiff

6

7

8              UNITED STATES DISTRICT COURT

9              NORTHER DISTRIT OF CALIFORNIA

10

11 BARBARA A. WOOD,                    Case No.: 3:10-CV-00351JSC

12      Plaintiff,                     **PLAINTIFF'S REQUEST FOR
                                       TELEPHONIC APPEARANCE**
13      v.

14 THE GREEN LINE ENTERPRISES, INC.,
   JAMES W. HOLLAND and DOES 1 through
15 10, inclusive,

16      Defendants.

17

18      Plaintiff hereby requests permission to appear by telephone at the Case

19 Management Conference set for March 29, 2012 at 1:30 p.m.  Counsel for Plaintiff is

20 located in Sacramento, California and it would require approximately four hours to travel to

21 and from San Francisco, California for this appearance.

22      Respectfully submitted.

23 DATED: March 22, 2012          **DREYER BABICH BUCCOLA WOOD CAMPORA, LLP**

24

25                          By:_____/s/_____
                                    CHRISTOPHER W. WOOD
26

27    Counsel shall contact Court Call at 1-888-882-6878 to make arrangements to appear by
      telephone.
28
                                    Dated: 3/23/12

                                       -1-

**Plaintiff's Request for Telephonic Appearance**

[Court Stamp: GRANTED — Jacqueline S. Corley, Judge Jacqueline Scott Corley, United States District Court, Northern District of California]