Thomas S. Brazier, Esq./SBN  55484
Eric Steinle, Esq./SBN 201117
LaMORE, BRAZIER, RIDDLE & GIAMPAOLI
1570 THE ALAMEDA, SUITE 150
SAN JOSE, CALIFORNIA 95126-2305
Telephone:  408-280-6800
Facsimile:    408-275-6284
Email: Tom_brazier@lbrg.com
         esteinle@lbrg.com

Attorneys for Defendants
GREEN LINE ENTERPRISES, INC. and
JAMES HOLLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| BARBARA A. WOOD, | Case No.: 3:10-cv-00351JSC |
|---|---|
| Plaintiff, | |
| vs. | **DEFENDANTS THE GREEN LINE ENTERPRISES, INC. AND JAMES HOLLAND'S REQUEST FOR TELEPHONIC APPEARANCE** |
| THE GREEN LINE ENTERPRISES, INC., JAMES W. HOLLAND, and DOES 1 through 10, inclusive, | |
| Defendants. | |

I request the Court's permission to appear by telephone at the Case Management Conference set for July 5, 2012 at 1:30 p.m. in Courtroom F.  My office is located in San Jose, California.  It will require at least two hours for travel to and from San Francisco.

Dated:  June 25, 2011                        LaMORE, BRAZIER, RIDDLE & GIAMPAOLI

                                                          By:   /s/
                                                                   Eric Steinle
                                                                   Attorneys for Defendants
                                                                   GREEN LINE ENTERPRISES, INC. and
                                                                   JAMES W. HOLLAND

 Counsel shall contact Court Call at 1-888-882-6878 to make the arrangements to appear
 by telephone.

Dated: 6/26/12

**GRANTED**
Judge Jacqueline Scott Corley

1

Case No. 3:10-cv-00351JSC – REQUEST FOR TELEPHONIC APPEARANCE