Thomas S. Brazier, Esq./SBN 55484
Eric Steinle, Esq./SBN 201117
LaMORE, BRAZIER, RIDDLE & GIAMPAOLI
1570 THE ALAMEDA, SUITE 150
SAN JOSE, CALIFORNIA 95126-2305
Telephone: 408-280-6800
Facsimile:   408-275-6284
Email: Tom_brazier@lbrg.com
       esteinle@lbrg.com

Attorneys for Defendants
GREEN LINE ENTERPRISES, INC. and
JAMES HOLLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARBARA A. WOOD,<br><br>          Plaintiff,<br><br>vs.<br><br>THE GREEN LINE ENTERPRISES, INC., JAMES W. HOLLAND, and DOES 1 through 10, inclusive,<br><br>          Defendants. | Case No.: 3:10-cv-00351JSC<br><br>**DEFENDANTS THE GREEN LINE ENTERPRISES, INC. AND JAMES HOLLAND'S REQUEST FOR TELEPHONIC APPEARANCE** |

I request the Court's permission to appear by telephone at the Case Management Conference set for July 5, 2012 at 1:30 p.m. in Courtroom F. My office is located in San Jose, California. It will require at least two hours for travel to and from San Francisco.

Dated: June 25, 2011                    LaMORE, BRAZIER, RIDDLE & GIAMPAOLI

                                        By:  /s/
                                             Eric Steinle
                                             Attorneys for Defendants
                                             GREEN LINE ENTERPRISES, INC. and
                                             JAMES W. HOLLAND

Counsel shall contact Court Call at 1-888-882-6878 to make the arrangements to appear by telephone.

Dated: 6/26/12

**GRANTED**
Jacqueline S. Corley
Judge Jacqueline Scott Corley

1

Case No. 3:10-cv-00351JSC – REQUEST FOR TELEPHONIC APPEARANCE