IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARBARA A. WOOD,<br><br>    Plaintiff,<br><br>  v.<br><br>THE GREEN LINE ENTERPRISES, INC., JAMES W. HOLLAND, and DOES 1 through 10, inclusive,<br><br>    Defendants. | Case No.: 10-cv-00351 JSC<br><br>**CONTINUING CASE MANAGEMENT CONFERENCE AND TRIAL DATE** |

  The Court is in receipt of the parties' Joint Case Management Conference Statement filed June 27, 2012. (Dkt. No. 54.) The parties represent that they are working toward settlement and have scheduled a second mediation session in August. Accordingly, they jointly ask that the December 3, 2012 trial date be continued for 60 to 90 days.

  In light of the parties' joint representation and request, the Case Management Conference scheduled for July 5 at 10:00 a.m. is continued to **September 13, 2012 at 1:30 p.m.** Trial is also continued to **Monday, February 4, 2013 at 8:30 a.m.** If the case has not settled, the Court will set a pretrial conference date at the September 13, 2012 case management conference.

**IT IS SO ORDERED.**

Dated: July 3, 2013

_____
JACQUELINE SCOTT CORLEY
UNITED STATES MAGISTRATE JUDGE