CHRISTOPHER W. WOOD, ESQ. / SBN: 193955
**DREYER BABICH BUCCOLA WOOD CAMPORA, LLP**
20 Bicentennial Circle
Sacramento, CA 95826
Telephone:  (916) 379-3500
Facsimile:  (916) 379-3599
Email: cwood@dbbwlaw.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHER DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARBARA A. WOOD, | Case No.: 3:10-CV-00351JSC |
|     Plaintiff, | **PLAINTIFF'S REQUEST FOR TELEPHONIC APPEARANCE** |
|     v. | |
| THE GREEN LINE ENTERPRISES, INC., JAMES W. HOLLAND and DOES 1 through 10, inclusive, | |
|     Defendants. | |

Plaintiff hereby requests permission to appear by telephone at the Case Management Conference set for September 13, 2012 at 1:30 p.m.  Counsel for Plaintiff is located in Sacramento, California and it would require approximately four hours to travel to and from San Francisco, California for this appearance.

Respectfully submitted.

DATED: September 6, 2012          **DREYER BABICH BUCCOLA WOOD CAMPORA, LLP**


By:_____/s/_____
        CHRISTOPHER W. WOOD

---

**Plaintiff's Request for Telephonic Appearance**

1

2      Counsel shall contact Court Call at 1-888-882-6878 to make the arrangements to appear

3       by telephone.

4

5                                                 Dated: 9/12/2012

6

7

8                                          

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

---

                                                -2-
**Plaintiff's Request for Telephonic Appearance**