CHRISTOPHER W. WOOD, ESQ. / SBN: 193955
**DREYER BABICH BUCCOLA WOOD CAMPORA, LLP**
20 Bicentennial Circle
Sacramento, CA 95826
Telephone:  (916) 379-3500
Facsimile:  (916) 379-3599
Email: cwood@dbbwlaw.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHER DISTRICT OF CALIFORNIA

| BARBARA A. WOOD, | Case No.: 3:10-CV-00351JSC |
|---|---|
| Plaintiff, | **PLAINTIFF'S REQUEST FOR TELEPHONIC APPEARANCE** |
| v. | |
| THE GREEN LINE ENTERPRISES, INC., JAMES W. HOLLAND and DOES 1 through 10, inclusive, | |
| Defendants. | |

   Plaintiff hereby requests permission to appear by telephone at the Case Management Conference set for September 13, 2012 at 1:30 p.m.  Counsel for Plaintiff is located in Sacramento, California and it would require approximately four hours to travel to and from San Francisco, California for this appearance.

   Respectfully submitted.

DATED: September 6, 2012          **DREYER BABICH BUCCOLA WOOD CAMPORA, LLP**


                              By:_____/s/_____
                                        CHRISTOPHER W. WOOD

-1-

Plaintiff's Request for Telephonic Appearance

1
2  Counsel shall contact Court Call at 1-888-882-6878 to make the arrangements to appear
3  by telephone.
4
5                                           Dated: 9/12/2012
6
7
8 
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28