| | |
|---|---|
| 1 | Thomas S. Brazier, Esq./SBN 55484 |
| 2 | Eric Steinle, Esq./SBN 201117<br>LaMORE, BRAZIER, RIDDLE & GIAMPAOLI<br>1570 THE ALAMEDA, SUITE 150 |
| 3 | SAN JOSE, CALIFORNIA 95126-2305<br>Telephone:  408-280-6800 |
| 4 | Facsimile:     408-275-6284<br>Email: Tom_brazier@lbrg.com |
| 5 | esteinle@lbrg.com |

Attorneys for Defendants
GREEN LINE ENTERPRISES, INC. and
JAMES HOLLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARBARA A. WOOD,<br><br>          Plaintiff,<br><br>vs.<br><br>THE GREEN LINE ENTERPRISES, INC., JAMES W. HOLLAND, and DOES 1 through 10, inclusive,<br><br>          Defendants. | **Case No.: 3:10-cv-00351JSC**<br><br>**DEFENDANTS THE GREEN LINE ENTERPRISES, INC. AND JAMES HOLLAND'S REQUEST FOR TELEPHONIC APPEARANCE** |

I request the Court's permission to appear by telephone at the Case Management Conference set for December 6, 2012 at 1:30 p.m. in Courtroom F.  My office is located in San Jose, California.  It will require at least two hours for travel to and from San Francisco.

Dated:  October 26, 2012                                      LaMORE, BRAZIER, RIDDLE & GIAMPAOLI

Counsel shall contact Court Call at 888-882-6878 to make arrangements to appear by telephone.
Dated:  October 29, 2012

                                                                        By:   /s/
                                                                        Eric Steinle
                                                                        Attorneys for Defendants
                                                                        GREEN LINE ENTERPRISES, INC. and
                                                                        JAMES W. HOLLAND

GRANTED
Jacqueline S. Corley
Judge Jacqueline Scott Corley
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

1

Case No. 3:10-cv-00351JSC – REQUEST FOR TELEPHONIC APPEARANCE