Thomas S. Brazier, Esq./SBN 55484
Eric Steinle, Esq./SBN 201117
LaMORE, BRAZIER, RIDDLE & GIAMPAOLI
1570 THE ALAMEDA, SUITE 150
SAN JOSE, CALIFORNIA 95126-2305
Telephone:  408-280-6800
Facsimile:    408-275-6284
Email: Tom_brazier@lbrg.com
         esteinle@lbrg.com

Attorneys for Defendants
GREEN LINE ENTERPRISES, INC. and
JAMES HOLLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| BARBARA A. WOOD,<br><br>   Plaintiff,<br><br>vs.<br><br>THE GREEN LINE ENTERPRISES, INC., JAMES W. HOLLAND, and DOES 1 through 10, inclusive,<br><br>   Defendants. | Case No.: 3:10-cv-00351JSC<br><br>**DEFENDANTS THE GREEN LINE ENTERPRISES, INC. AND JAMES HOLLAND'S REQUEST FOR TELEPHONIC APPEARANCE** |
|---|---|

I request the Court's permission to appear by telephone at the Case Management Conference set for December 6, 2012 at 1:30 p.m. in Courtroom F.  My office is located in San Jose, California.  It will require at least two hours for travel to and from San Francisco.

Dated:  October 26, 2012                           LaMORE, BRAZIER, RIDDLE & GIAMPAOLI


Counsel shall contact Court Call at 888-882-6878 to make arrangements to appear by telephone.
Dated: October 29, 2012

By:   /s/
      Eric Steinle
      Attorneys for Defendants
      GREEN LINE ENTERPRISES, INC. and
      JAMES W. HOLLAND

GRANTED
Jacqueline S. Corley
Judge Jacqueline Scott Corley
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

1

Case No. 3:10-cv-00351JSC – REQUEST FOR TELEPHONIC APPEARANCE