1 | CHRISTOPHER W. WOOD, ESQ. / SBN: 193955
**DREYER BABICH BUCCOLA WOOD CAMPORA, LLP**
2 | 20 Bicentennial Circle
Sacramento, CA 95826
3 | Telephone: (916) 379-3500
Facsimile: (916) 379-3599
4 | Email: cwood@dbbwlaw.com

5 | Attorneys for Plaintiff

6

7

8 | UNITED STATES DISTRICT COURT

9 | NORTHER DISTRICT OF CALIFORNIA

10

11 | BARBARA A. WOOD,                                Case No.: 3:10-CV-00351JSC

12 |         Plaintiff,                              **PLAINTIFF'S REQUEST FOR TELEPHONIC APPEARANCE**

13 |     v.

14 | THE GREEN LINE ENTERPRISES, INC.,
JAMES W. HOLLAND and DOES 1 through
15 | 10, inclusive,

16 |         Defendants.

17

18 |         Plaintiff hereby requests permission to appear by telephone at the Case

19 | Management Conference set for December 6, 2012 at 1:30 p.m.  Counsel for Plaintiff is

20 | located in Sacramento, California and it would require approximately four hours to travel to

21 | and from San Francisco, California for this appearance.

22 |         Respectfully submitted.

23 | DATED: December 5, 2012         **DREYER BABICH BUCCOLA WOOD CAMPORA, LLP**

24 | Counsel shall contact Court Call
at 888-882-6878 to make
25 | arrangements to appear by        By:_____/s/_____
26 | telephone.                              CHRISTOPHER W. WOOD
27 | Dated: December 5, 2012.

28

**GRANTED**
Jacqueline S. Corley
Judge Jacqueline Scott Corley

-1-

**Plaintiff's Request for Telephonic Appearance**