1 CHRISTOPHER W. WOOD, ESQ. / SBN: 193955
**DREYER BABICH BUCCOLA WOOD CAMPORA, LLP**
2 20 Bicentennial Circle
Sacramento, CA 95826
3 Telephone: (916) 379-3500
Facsimile: (916) 379-3599
4 Email: cwood@dbbwlaw.com

5 Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHER DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARBARA A. WOOD, | Case No.: 3:10-CV-00351JSC |
| Plaintiff, | **PLAINTIFF'S REQUEST FOR TELEPHONIC APPEARANCE** |
| v. | |
| THE GREEN LINE ENTERPRISES, INC., JAMES W. HOLLAND and DOES 1 through 10, inclusive, | |
| Defendants. | |

Plaintiff hereby requests permission to appear by telephone at the Case Management Conference set for December 6, 2012 at 1:30 p.m. Counsel for Plaintiff is located in Sacramento, California and it would require approximately four hours to travel to and from San Francisco, California for this appearance.

Respectfully submitted.

DATED: December 5, 2012         **DREYER BABICH BUCCOLA WOOD CAMPORA, LLP**

Counsel shall contact Court Call at 888-882-6878 to make arrangements to appear by telephone.
Dated: December 5, 2012.

By: _____/s/_____
CHRISTOPHER W. WOOD

GRANTED
Jacqueline S. Corley
Judge Jacqueline Scott Corley

-1-

**Plaintiff's Request for Telephonic Appearance**