IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARBARA A. WOOD,<br><br>        Plaintiff,<br><br>    v.<br><br>THE GREEN LINE ENTERPRISES, INC., JAMES W. HOLLAND, and DOES 1 through 10, inclusive,<br><br>        Defendants. | Case No.: 10-cv-00351 JSC<br><br>**ORDER RE: SETTLEMENT CONFERENCE BETWEEN PLAINTIFF AND LIENHOLDER THE FEDERAL INSURANCE COMPANY** |

Plaintiff and Defendant have advised the Court that they have tentatively reached a settlement. An outstanding issue is the workers compensation lien filed in this action by The Federal Insurance Company. Accordingly, Plaintiff and lienholder The Federal Insurance Company are referred to Magistrate Judge Kandis Westmore for a settlement conference to take place by the end of January, 2013 at a date and time convenient for Judge Westmore. Defendant is excused from participating in the conference.

Plaintiff is responsible for serving The Federal Insurance Company with a copy of this Order and any order issued by Judge Westmore.

1  Further, the trial in this action is continued from February 4, 2013 to **March 25, 2013**
2  and the pretrial conference is continued to **March 21, 2013 at 2:00 p.m**.
3  **IT IS SO ORDERED.**

5  Dated: December 7, 2012

_____
JACQUELINE SCOTT CORLEY
UNITED STATES MAGISTRATE JUDGE