Jeffrey F. Oneal, Esq. (SBN 129072)
LaMORE, BRAZIER, RIDDLE & GIAMPAOLI
1570 THE ALAMEDA, SUITE 150
SAN JOSE, CALIFORNIA 95126-2305
Telephone:  408-280-6800
Facsimile:    408-275-6284
Email:  joneal@lbrg.com

Attorneys for Defendant
GREEN LINE ENTERPRISES, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – OAKLAND DIVISION

| | |
|---|---|
| BARBARA A. WOOD,<br><br>                    Plaintiff,<br><br>vs.<br><br>THE GREEN LINE ENTERPRISES, INC., JAMES W. HOLLAND, and DOES 1 through 10, inclusive,<br><br>                    Defendants. | **Case No.:  3:10-cv-00351JSC**<br><br>**STIPULATION AND ORDER FOR DISMISSAL OF ACTION** |

IT IS HEREBY STIPULATED by and between plaintiff BARBARA WOOD and defendants THE GREEN LINE ENTERPRIZES, INC. and JAMES W. HOLLAND, by and through their respective designated counsel, that the above-captioned action be and hereby is dismissed in its entirety, with prejudice, as to all defendants, each of the parties to bear his/her/its own respective attorney's fees and costs, pursuant to FRCP 41(a)(1).

Dated:  June 10, 2013              DREYER BABICH BUCCOLA CALLAHAM & WOOD, LLC

                                   By:   /s/
                                         Christopher Wood, Esq.
                                         Attorneys for Plaintiff
                                         BARBARA WOOD
//

1

Dated:  June 10, 2013         LaMORE, BRAZIER, RIDDLE & GIAMPAOLI

By: /s/
Jeffrey F. Oneal
Attorneys for Defendants
ANATOLIY FAURYAN and REES ENTERPRIZES, INC.

### ORDER

The Court, having read and considered the foregoing Stipulation, based thereon, and good cause appearing, orders as follows:

Plaintiff BARBARA WOOD'S Complaint is dismissed in its entirety, with prejudice, as to all defendants, each of the parties to bear his/her/its own respective attorney's fees and costs.

IT IS SO ORDERED.

Dated:  June 10 , 2013

Hon. Jacqueline Scott Corley
Judge, U.S. District Court, Northern District
Of California